[No. 6008–0–III.  Division Three.  April 4, 1985.]

RICHARD J. BAXTER, ET AL, *Respondents,* v. JOHN
L. SHERWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 80–2–01603–1, Howard Hettinger, J.,
entered July 8, 1983. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Green, C.J., and McInturff, J.